# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FIGUEROA,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T CORP., et al.<br><br>    Defendants. | Case No.: 1:17-cv-01095 - DAD - JLT<br><br>ORDER GRANTING IN PART THE STIPULATION CONTINUING THE SCHEDULING CONFERENCE<br>(Doc. 13) |

The parties have filed a stipulation to continue the Scheduling Conference, reporting they "have engaged in initial settlement talks, and now following resolution of the pleadings issue, wish to engage in further settlement discussions in the hopes of resolving this matter." (Doc. 13 at 3)

Based upon the stipulation of the parties, the Court **ORDERS**: The Scheduling Conference set for November 13, 2017 is **CONTINUED** to **December 15, 2017 at 8:30 a.m**.

IT IS SO ORDERED.

    Dated: **November 3, 2017**          **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE