# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA FIGUEROA, | Case No.: 1:17-cv-1095- DAD- JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| AT&T CORP., et al., | |
| Defendants. | |

On June 18, 2018, Plaintiff informed the Court this action has settled. (Doc. 20) Plaintiff requests that the parties be granted sixty days "to file dispositive documentation." (*Id.* at 1) Accordingly, the Court **ORDERS**:

1. A stipulation to dismiss **SHALL** be filed **no later than August 17, 2018**; and
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **June 19, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE